**Dismissed and Opinion Filed December 7, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-15-01223-CV

---

### IN THE INTEREST OF C.C. AND J.C., CHILDREN

---

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-14586-S**

---

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Bridges

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated October 8, 2015, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days. We expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 8, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of the appeal. By letter dated October 28, 2015, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to

RECEIVED IN
COURT OF APPEALS, 5th DIST.

DEC 2 1 2015

LISA MATZ
CLERK, 5th DISTRICT

do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5; 37.3(b); 42.3(b),(c).

151223F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.C. AND J.C.,
CHILDREN

No. 05-15-01223-CV

On Appeal from the 255th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-09-14586-S.
Opinion delivered by Justice Bridges.
Justices Lang-Miers and Schenck
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Lyric Rodriguez recover her costs, if any, of this appeal from appellant Candelario Chavez.

Judgment entered December 7, 2015.



**Court of Appeals**
**Fifth District of Texas at Dallas**

George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
09 DEC 15
PM 6 L



UNITED STATES POSTAGE
PITNEY BOWES
02 1P           $ 000.48⁵
0000856274    DEC 07 2015
MAILED FROM ZIP CODE 75201

CASE: 05-15-01223-CV
LYRIC RODRIGUEZ
1005 S. BELTINE RD. APT. 105
GRAND PRAIRIE, TX 75051

UTF